IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD G. LONG, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 12-4264 |
| | : | |
| BANK OF AMERICA, | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 28th day of January, 2013, upon careful consideration of the defendant's motion to dismiss (Document #7), the plaintiff's response thereto (Document #10), and the defendant's reply (Document #14), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety without prejudice.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.