IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD G. LONG,      Plaintiff | : : : | CIVIL ACTION |
| vs. | : : | NO. 12-4264 |
| BANK OF AMERICA,      Defendant | : : | |

**O R D E R**

**AND NOW,** this 28th day of January, 2013, upon careful consideration of the defendant's motion to dismiss (Document #7), the plaintiff's response thereto (Document #10), and the defendant's reply (Document #14), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety without prejudice.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.